**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-02062-LTB-CBS

KANDACE WILLIAMS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a New York insurance company, and
AT&T LONG TERM DISABILITY PLAN FOR OCCUPATIONAL EMPLOYEES, an ERISA welfare benefit plan, and
AT&T INTEGRATED DISABILITY SERVICE CENTER,

    Defendants.

_____

**ORDER OF RECUSAL**
_____

    Upon review of the file and determining that there are potential conflicts of interest, *i.e.* the undersigned judge owns stock in AT&T, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:  October 17, 2007