## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-02062-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 1, 2008** | **Courtroom Deputy:** Ben Van Dyke |

KANDACE WILLIAMS,   Shawn E. McDermott

    **Plaintiff,**

v.

METROPOLITAN LIFE INSURANCE COMPANY,   Lino S. Lipinsky de Orlov
a New York insurance company, *et al.,*   Jack M. Englert, Jr.

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:47 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion to Clarify Plaintiff's Right to Conduct Discovery [filed February 18, 2008; doc. 21] is granted in part and denied in part for the reasons stated on the record. No discovery shall be allowed toward defendant AT&T . Plaintiff may serve written discovery on defendant Metropolitan Life Insurance Company consistent with the discussion on the record.

HEARING CONCLUDED.

**Court in recess:** 12:27 p.m.
Total time in court: 01:40