IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-2062-REB-CBS

KANDACE WILLIAMS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,
a New York insurance company,
AT&T LONG TERM DISABILITY PLAN FOR OCCUPATIONAL EMPLOYEES,
an ERISA welfare benefit plan, and
AT&T INTEGRATED DISABILITY SERVICE CENTER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that MetLife's Unopposed Motion for Entry of Stipulated Protective Order (*doc. no. 29)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 29-2)* is accepted by the court.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 10, 2008