**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 07-cv-02062-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 29, 2009 | **Courtroom Deputy:** Linda Kahoe |

KANDACE WILLIAMS,                                    Shawn E. McDermott

    **Plaintiff,**

    v.

METROPOLITAN LIFE INSURANCE                          Jack M. Englert, Jr.
COMPANY,

AT&T LONG TERM DISABILITY PLAN FOR                   Jennette C. Roberts
OCCUPATIONAL EMPLOYEES, *et al.,*

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in Session:   2:31 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion to Compel.

The court makes a ruling from the bench.

For the reasons as stated on the record, it is

**ORDERED:**    **Plaintiff's Motion to Compel Complete Responses to Discovery Requests, (doc #[38], filed 3/10/2009) is GRANTED IN PART and DENIED IN PART. No fees and costs will be awarded.**

                **Defendant MetLife shall supplement response to interrogatory #3.**

                **Interrogatory #4 is over broad.  Defendant MetLife is not required to supplement.**

                **Interrogatory #5 response is sufficient.  Defendant MetLife is not required to supplement.**

                **Interrogatory #7 response is sufficient.  Defendant MetLife is not required to**

>    supplement.
>
>    **Defendant MetLife shall supplement response to interrogatory #11.**
>
>    **Interrogatory #12 response is sufficient.  Defendant MetLife is not required to supplement.**
>
>    **Defendant MetLife shall take reasonable inquiry and supplement response to interrogatory #13.**
>
>    **Defendant MetLife shall supplement response to interrogatory #14 as stated on the record.**
>
>    **Defendant MetLife shall supplement answer to interrogatory #19, however they are not required to produce all information for all LTD claims examiners.**
>
>    **Defendant MetLife shall supplement answer to interrogatory #20.**
>
>    **Defendant MetLife shall supplement answer to interrogatory #23.**
>
>    **Defendant MetLife shall supplement answer to interrogatory #24.**
>
>    **Defendant MetLife shall supplement answer to interrogatory #25.**
>
>    **Defendant MetLife shall supplement response to request for production #1 based on the court's ruling to supplement answers to interrogatories #3, #11 and #14.**
>
>    **Defendant MetLife is not required to supplement request for production #5.**
>
>    **To the extent that documents can be produced with respect to Kelly, Defendant MetLife shall supplement request for production #6.  Defendant is not required to produce documents that are not in their possession, custody or control.**

**ORDERED:**   **Supplementation shall be produced by MetLife consistent with the court's ruling from the bench on or before August 14, 2009.**

Discussion regarding discovery with respect to Defendant AT&T.

HEARING CONCLUDED.
**Court in recess**:     **2:56 p.m.**
Total time in court:     00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.